Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−15611−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John J. Payne<br>19 Tiller Drive<br>Barnegat, NJ 08005 | Theresa A. Payne<br>aka Theresa A. Gitto<br>19 Tiller Drive<br>Barnegat, NJ 08005 |

Social Security No.:
  xxx−xx−0705                                                     xxx−xx−4830

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/2/25 at 09:00 AM

to consider and act upon the following:

*27* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/11/2025. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/6/25

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court